UNITED STATES POSTAL SERVICE

Date: 11/16/2001

Exhibit B

JOSEPH PALUH
19222 MALVERN AVE
ROCKY RIVER, OH 44116-1925

Dear JOSEPH PALUH:

The following is in response to your 11/16/2001 request for delivery information on your Signature Confirmation item number 23002730000118402351. The delivery record shows that this item was delivered on 11/08/2001 at 10:11 AM in ANDOVER, MA 01810 to J MOSQUEA. The scanned image of the recipient information is provided below.

**Delivery Section**

Signature of Recipient: *[signature]*

Address of Recipient: *[signature]* ZWICKER

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service