Exhibit C

SIGNATURE CONFIRMATION NUMBER: 2300 2730 0001 1840 2351

Postage and Signature Confirmation fees must be paid before mailing.

(Please Print Clearly)
Zwicker & Ass
100 Old River Rd.
Andover, MA 01810

Postmark Here

**Postal Customer:**
Keep this receipt. For inquiries Access Internet web site at www.usps.com or call 1-800-222-1811.

☐ Priority Mail
☒ Standard Mail (B)