**Exhibit D**

Alabama
Arizona
California
Colorado
Florida
Illinois
Michigan
Nebraska
New Jersey
New York
Oklahoma
Pennsylvania
Texas

**ZWICKER & ASSOCIATES, P.C.**

ATTORNEYS AT LAW
ONE HUNDRED OLD RIVER ROAD
ANDOVER, MASSACHUSETTS 01810-1030
Tel. (800) 370-2251 / (978) 686-2255
Fax (978) 686-3538

504824040011108

*Personal and Confidential*

11/08/2001

JOSEPH D PALUH
19222 MALVERN AVE
ROCKY RIVER, OH 44116

Re: Oklahoma Guaranteed Student Loan Program       COR040
Account No: 085527135-0201A[1][2] Balance: $17,388.87

Dear JOSEPH D PALUH:

This office acknowledges receipt of your recent correspondence concerning your account with the above-referenced client. We are in the process of internally reviewing your correspondence to determine if there is a response required. If so, you shall be contacted by us in the near future.

However, if you have any questions, please feel free to call me immediately.

Sincerely,

*Laura Smart*

Laura Smart, Account Manager

Paul W. Zwicker
*MA Bar*

Arthur J. Tessimond
*MA & NH Bars*

Jocelyn A. Thomsen
*MA & NH Bars*

Amy Edith Britt
*CA Bar*

Ron Z. Opher*
*NJ & PA Bars*

Michael F. Braun
*AL & GA Bars*

Richard G. Fowler*
*FL Bar*

Paul M. Weich
*AZ Bar*

Randall Pratt*
*ME & NH Bars*

Francesco Fabiano*
*NY Bar*

Robert G. Markoff*
*IL Bar*

Stephen E. Kaplan
*TX & NY Bars*

Riecke Baumann
*TX Bar*

Gerald F. Dumas
*OK Bar*

Irvin Borenstein
*CO Bar*

Sanford J. Pollack
*NE & MO Bars*

Michael R. Stillman*
*MI Bar*

* Of Counsel

---

[1] *THIS CORRESPONDENCE IS FROM A DEBT COLLECTOR. AS SUCH THIS CORRESPONDENCE IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.*

[2] *IMPORTANT NOTICES APPEAR ON THE BACK OF THIS LETTER. PLEASE READ THEM AS THEY MAY AFFECT YOUR RIGHTS.*