Exhibit E

ZWICKER & ASSOCIATES, P.C.
ATTORNEYS AT LAW
ONE HUNDRED OLD RIVER ROAD
ANDOVER, MASSACHUSETTS 01810-1030
Tel. (800) 370-2251 / (978) 686-2255
Fax (978) 686-3538

Arizona
California
Colorado
Florida
Illinois
Michigan
Nebraska
New Jersey
New York
Oklahoma
Pennsylvania
Texas

01/29/2002

**Personal and Confidential**
US DISCOUNT BROKERAGE SUITE 203
19111 DETROIT RD ROCKY RIVER OH 47116

Attn: Payroll Department

Re: Oklahoma Guaranteed Student Loan Program
Social Security No: 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 Balance: $17,793.65 as of 01/29/2002

Paul W. Zwicker
*MA Bar*

Arthur J. Tessimond
*MA & NH Bars*

Jocelyn A. Thomsen
*MA & NH Bars*

Amy Edith Britt
*CA Bar*

Ron Z. Opher*
*NJ & PA Bars*

Michael F. Braun
*AL & GA Bars*

Richard G. Fowler*
*FL Bar*

Paul M. Weich
*AZ Bar*

Randall Pratt*
*ME & NH Bars*

Francesco Fabiano*
*NY Bar*

Robert G. Markoff*
*IL Bar*

Stephen E. Kaplan
*TX & NY Bars*

Riecke Baumann
*TX Bar*

Gerald F. Dumas
*OK Bar*

Irvin Borenstein
*CO Bar*

Sanford J. Pollack
*NE & MO Bars*

Michael R. Stillman*
*MI Bar*

* Of Counsel

Dear Payroll Administrator:

Enclosed please find the Order of Withholding From Earnings for the above-mentioned employee.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

Jay Zannini
Collection Manager

Enclosure

JZ/tim

**THIS CORRESPONDENCE IS FROM A DEBT COLLECTOR. AS SUCH THIS CORRESPONDENCE IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION WILL BE USED FOR THAT PURPOSE**

**IMPORTANT NOTICES APPEAR ON THE BACK OF THIS LETTER. PLEASE READ THEM AS THEY MAY AFFECT YOUR RIGHTS**