Exhibit F

IN RE: §
STUDENT LOAN DEBT OF §
JOSEPH D PALUH, DEBTOR §

EMPLOYER: US DISCOUNT BROKERAGE SUITE 203
19111 DETROIT RD ROCKY RIVER OH
47116

## ORDER OF WITHHOLDING FROM EARNINGS

Pursuant to authority granted Oklahoma Guaranteed Student Loan Program (OGSLP) by Federal Law (Public Law 102-164; 20 U.S.C. §1095a et seq.), **YOU**, the employer of the debtor named below, **ARE HEREBY ORDERED AND DIRECTED** to withhold income from the debtor's disposable pay from this employment for payment of defaulted student loan(s) as follows:

Debtor:
Address:   JOSEPH D PALUH
           19222 MALVERN AVE
           ROCKY RIVER, OH 44116

SSN:       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

Total Amount
Currently Due:   $17,793.66

Amount to Withhold:
Employer **SHALL DEDUCT AND PAY TO ZWICKER & ASSOCIATES, P.C.** from the debtor's wages an amount that does not exceed ten percent (10%) of the debtor's disposable pay for each pay period, or the amount permitted by 15 U.S.C. 1673, unless the debtor provides OGSLP with written consent to deduct a greater amount. This amount shall be deducted until the amount set forth above as the "Total Amount Currently Due", plus all further accrued interest, is fully paid.

Time for Withholding:
Employer is **DIRECTED** to begin withholding from the debtor's disposable pay beginning with the first pay period that occurs after the issuance of this Withholding Order.

Method of Payment:
Employer is **DIRECTED TO PAY** all amounts withheld on each regular pay day, no less frequently than once each month, to:   ZWICKER & ASSOCIATES, P.C.
           **100 OLD RIVER ROAD**
           **ANDOVER, MA 01810-1030**
           **ATTENTION: WAGE WITHHOLDING UNIT**

All payments MUST identify the debtor's name and the debtor's social security number.

THIS ORDER OF WITHHOLDING IS ISSUED ON

Agent for OGSLP : Zwicker & Associates, P.C.