Exhibit G



JAN 3 0'02

Zwicker Associates
100 Old River Rd
Andover Ma, 01810

US Discount Brokerage
19111 Detroit Rd, Suite 203
Rocky River OH, 44116



**HOW TO USE:**

**1. COMPLETE ADDRESS LABEL AREA**
Type or print required return address and addressee information.

*ESCRIBA LA DIRECCION EN EL AREA INDICADA*
Escriba en letras de imprenta la dirección del remitente y la del destinatario.

**2. PAYMENT METHOD**
Affix postage, meter strip or PC postage label to area indicated in upper right hand corner.

*FORMA DE PAGO*
En el área superior del lado derecho, coloque sello postal, franja de máquina franqueadora o etiqueta de franqueo impreso por computadora.

**3. ATTACH LABEL (If provided)**
Remove label backing and adhere where indicated.

*ADHIERA ETIQUETA (Si le fue provista)*
Remueva la parte posterior y adhiera sobre la zona de dirección indicada.

PLACE LABEL HERE
ADHIERA ETIQUETA AQUI

The efficient FLAT RATE ENVELOPE. You don't have to weigh the envelope... just pack all your correspondence and documents inside and pay only the 2 lb. Priority Mail postage rate. We Deliver.

El eficiente SOBRE DE TARIFA ÚNICA. No tiene que pesar este sobre... simplemente coloque toda su correspondencia documentos dentro y pague sólo la tarifa de franqueo para correo Priority Mail de 2 libras. Servimos.