WWR: 02515503

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH D. PALUH, | ) | CASE NO. 1:02 CV 327 |
| Plaintiff, | ) | JUDGE O'MALLEY |
| | ) | MAGISTRATE JUDGE VECCHIARELLI |
| vs. | ) | |
| ZWICKER AND ASSOCIATES, | ) | ***VOLUNTARY DISMISSAL*** |
| Defendant. | ) | |

Now comes Plaintiff, Joseph D. Paluh, and voluntarily dismisses this case with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Joseph D. Paluh
19222 Malvern Avenue
Rocky River, OH 44116
~~Defendant~~ Plaintiff

## CERTIFICATE OF SERVICE

A copy of the foregoing Voluntary Dismissal was served by regular U.S. mail this 22

day of May, 2002 to:

George R. Hicks, Jr. 0040750
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Defendant
323 W. Lakeside Avenue, Suite 200
Cleveland, OH 44113

 

                                                   Joseph D. Paluh
                                                   19222 Malvern Avenue
                                                   Rocky River, OH 44116
                                                   ~~Defendant~~ Plaintiff